

**THE LAW OFFICE OF**
**KEVIN MINTZER, P.C.**
1350 BROADWAY, SUITE 1400
NEW YORK, NY 10018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2019

KEVIN MINTZER

TEL: 646-843-8180
FAX: 646-478-9768
KM@MINTZERFIRM.COM

August 15, 2019

VIA ECF
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Varthis v. Caris MPI., Inc. No. 19 Civ. 4277 (VEC)

Dear Judge Caproni:

    I represent plaintiff Maria Varthis in the above matter, which has been assigned to the Court's mandatory mediation program for employment discrimination cases. After several discussions with counsel for defendant, the parties have concluded that mediation is not likely to be productive at this time. Accordingly, the parties jointly request that the Court terminate the referral of this case to mandatory mediation and schedule an initial conference at the Court's convenience. The parties are available for a conference on September 10, 16, 18, 23, 24 and the afternoon of the 25th. If the Court is unable to schedule a conference until October, counsel will confer and suggest mutually agreeable dates.

    We are available to answer any questions that the Court may have concerning this request.

Respectfully submitted,

*/s/ Kevin Mintzer*

Kevin Mintzer

cc:   Eric A. Savage, Esq. (via ECF)
      Rebecca Goldstein, Esq. (via ECF)
      SDNY Mediation Office (via email)

---

This application is DENIED. Nothing in the Complaint indicates that this case is unusual and should be exempted from the District's automatic mediation program. The parties must attend mediation and must participate in good faith, pursuant to the Standing Order (Dkt. 11) and Local Civil Rule 83.9.
   SO ORDERED.

*/s/ Valerie Caproni*   8/19/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE